Argued August 20, affirmed August 20, 1973

STATE OF OREGON, *Respondent, v.*
JOYCE CLARKE (Nos. C 71-07-2182 and
C 72-02-0509, Consol.), *Appellant.*

513 P2d 177

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.